# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO, COLORADO SPRINGS

Criminal Case No. 25A/FAPr001X,Y    13-PO-07007CBS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Steve Wooten,

    Defendant.

---

## ORDER SETTING COURT TRIAL AND MOTIONS/CHANGE OF PLEA HEARING

---

It is hereby **ORDERED** that this matter is set for a **Jury Trial/Trial to the Court** beginning on 1:30pm - December 11, 2013, to be held before Magistrate Judge Shaffer, at

☑ **Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294**  A402 courtroom

____ **Byron G. Rogers Courthouse, 1929 Stout Street, Denver CO 80294**

____ **212 N. Wahsatch Avenue, Suite 101, Colorado Springs, CO 80903**

The Provisions of the Local Rules of this Court and of Fed.R.Crim.P. 16 shall be followed by the parties.

It is further **ORDERED** that each party shall file any motions on or before 10-25-13. Any Responses are due on 11-8-13. A Motions Hearing/Change of Plea, if needed, is set on 11-19-13 @ 1:30pm at **212 N. Wahsatch Avenue, Suite 101, Colorado Springs, CO 80903.**

It is further **ORDERED** that each party shall provide to the Court, on or before the beginning of the Court trial, an original and two copies of the following documents and materials:

1. A witness list;

2. An exhibit list; (See attached format)

    a. Trial exhibits shall be pre-marked. The government shall use numbers and the defense shall use letters;

    b. Parties are to meet and exchange their pre-marked exhibits on or before _____;

  c. Parties are to determine the designation of any exhibit which is endorsed by more than one party in order to avoid duplication of exhibits;

  d. The original trial exhibits of each party shall be used by the witnesses and two copies of the exhibits shall be provided to the Court;

  e. Trial exhibits shall be tabbed and placed into notebooks including the Court's copies of the exhibits, unless an exhibit is incapable of being placed into a notebook; and,

  f. Any exhibit which consists of multiple pages shall have each page of the exhibit sequentially numbered for ease of reference by the witness and clarity of the record.

3. A statement of any objections to their opponent's exhibits. These objections shall state in a clear and concise fashion the evidentiary grounds for the objection and the legal authority supporting such objection. If the authority is the Federal Rules of Evidence cite the rule number or if the authority is case law provide the Court with a copy of the case.

4. A list of witness scheduling problems, indicating times of such witnesses' availability during the trial.

5. Any stipulation concerning those exhibits which can be admitted into evidence by agreement of the parties.

6. Any stipulation of facts agreed to by the parties.

7. A list of any facts of which a party is requesting the Court take judicial notice.

8. A list of any unique terms that will be used during the trial, in alphabetical order (examples: medical, commercial, and scientific terms).

9. Trial briefs, not to exceed 10 pages.

10. Proposed jury instructions (if set for jury trial).

11. Thirty days before trial, counsel shall notify my courtroom deputy of any need for special accommodation for any attorney, party, or witness; and any need for technological equipment, such as videoconferencing, or equipment needed for the presentation of evidence using CD Rom or other electronic presentation of evidence.

It is further **ORDERED** that each party shall provide to the Court, no later than 14 days before the date set for the trial, an original and two copies of any Notice of Disposition. If no Notice of Disposition is presented to the Court, pursuant to this order the case will be tried as scheduled unless defendant elects to plead guilty as charged.

DONE THIS 15th DAY OF Octbr, YEAR OF 2013.

BY THE COURT

_____
Magistrate Judge