IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Petty Offense No. 13-po-07007-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVE WOOTEN,

    Defendant.

---

## JUDGMENT OF ACQUITTAL

---

This matter was tried on December 11, 2013, before Magistrate Judge Craig B. Shaffer.  The trial proceeded to conclusion and the court rendered its verdict finding the Defendant, Steve Wooten, not guilty of the crime charged in Violation Notice 25A/FAPV001X.

**THEREFORE, IT IS ORDERED** as follows:

1. That pursuant to the court's verdict dated December 11, 2013, Defendant, Steve Wooten, is **ACQUITTED** on the crime charged in Violation Notice 25A/FAPV001X; and

2. That judgment of acquittal is **ENTERED** on the crime charged in Violation Notice 25A/FAPV001X.

Dated December 11, 2013.

                                              **BY THE COURT:**

                                              s/ Craig B. Shaffer
                                              United States Magistrate Judge