IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action 13-po-07007-CBS

USA,

    Plaintiff,

v.

STEVE WOOTEN,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial on December 11, 2013, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 10th day of January, 2014.

BY THE COURT:

_____
Craig B. Shaffer, Magistrate Judge

APPROVED AS TO FORM:

_____    _____
ATTORNEY FOR PLAINTIFF    ATTORNEY FOR DEFENDANT

Steven L. McConnell, #21,963
Kamin & McConnell, LLC

TOTAL P.02